IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

        Plaintiff,

        v.                    No. 2:10-cv-2132 LKK AC P

STEPHEN MAYBERG, et al.,

        Defendants.

                              /

RONALD J. LUCERO,

        Plaintiff,

        v.                    No. 2:12-cv-0146 LKK AC P

GARY STANTON, et al.,

        Defendants.          <u>ORDER</u>

                              /

        On November 8, 2012, in <u>Lucero v. Stanton</u>, No. 2:12-cv-0146 CKD P, plaintiff filed a motion to quash defendants' subpoena to Atascadero State Hospital (ASH) to produce plaintiff's medical and mental health files. By order filed on November 9, 2012, <u>Lucero v. Stanton</u>, No. 2:12-cv-0146 CKD P, was related to <u>Lucero v. Mayberg</u>, No. 2:10-cv-2132 LKK GGH P, and <u>Lucero v. Stanton</u> was henceforth to be identified as Case No. 2:12-cv-0146 LKK

1

1 GGH P.  Thereafter, on November 19, 2012 and November 20, 2012, both of these related cases
2 were re-assigned from Magistrate Judge Hollows to Magistrate Judge Claire.  Previously set
3 discovery deadlines were vacated, and the related cases were ordered to a settlement conference.
4 On November 26, 2012, in their opposition to plaintiff's motion to quash the third-party
5 subpoena, counsel for defendants Stanton et al. advised the court that the subpoena at issue has
6 been withdrawn in light of these developments.   Hence, plaintiff's motion has been rendered
7 moot.

8       Accordingly, IT IS ORDERED that plaintiff's November 8, 2012 motion to quash
9 defendants' subpoena for plaintiff's medical records in Case No. 2:12-cv-0146 (Doc. No. 13) is
10 DENIED as moot.
11 DATED:  December 6, 2012.

                         ALLISON CLAIRE
                         UNITED STATES MAGISTRATE JUDGE

AC:009
luce0146.ord

2