IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD J. LUCERO,

    Plaintiff,

    v.        No. 2:10-cv-2132 LKK AC P

STEPHEN MAYBERG, et al.,

    Defendants.
_____/

RONALD J. LUCERO,

    Plaintiff,

    v.       No. 2:12-cv-0146 LKK AC P

GARY STANTON, et al.,

    Defendants.    ORDER
_____/

        In these related cases, currently set for a settlement conference before the Honorable Gregory G. Hollows on March 27, 2013, plaintiff filed a motion on January 24, 2013 for a temporary restraining order/preliminary injunction relief with respect to the defendants in Lucero v. Stanton, No. 2-12-cv-0146 LKK AC P (ECF No. 21). Before considering the motion, the court will provide defendants an opportunity to respond. Therefore, defendants in Case No. 2-

1

1 | 12-cv-0146 LKK AC P are directed to file their response to the motion within fourteen days, after
2 | which plaintiff will have fourteen days to file any reply. The motion will be deemed submitted
3 | following the expiration of time for plaintiff to file a reply.

    IT IS SO ORDERED.

DATED: 1/25/13

*/s/ Allison Claire*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
luce0146.ord2