1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   RONALD J. LUCERO,

12              Plaintiff,

13              v.                              No. 2:10-cv-2132 LKK AC P

14   STEPHEN MAYBERG, et al.,

15              Defendants.
     _____/
16
     RONALD J. LUCERO,
17
                Plaintiff,
18
                v.                             No. 2:12-cv-0146 LKK AC P
19
     GARY STANTON, et al.,
20
                Defendants.                    ORDER
21   _____/

22              In these related cases, currently set for a settlement conference before the

23   Honorable Gregory G. Hollows on March 27, 2013, plaintiff filed a motion on January 24, 2013

24   for a temporary restraining order/preliminary injunction relief with respect to the defendants in

25   Lucero v. Stanton, No. 2-12-cv-0146 LKK AC P (ECF No. 21).   Before considering the motion,

26   the court will provide defendants an opportunity to respond.  Therefore, defendants in Case No. 2-

1

1  12-cv-0146 LKK AC P are directed to file their response to the motion within fourteen days, after

2  which plaintiff will have fourteen days to file any reply.  The motion will be deemed submitted

3  following the expiration of time for plaintiff to file a reply.

4          IT IS SO ORDERED.

5  DATED: 1/25/13

6

7                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE
8

9  AC:009
   luce0146.ord2
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26