**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
COUNTY OF SOLANO, STANTON,
MARSH, CULLISON and ARCAND

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD J. LUCERO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GARY STANTON, et al.,<br><br>　　　　Defendants. | CASE NO: 2:12-cv-00146 LKK AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff RONALD LUCERO, in pro se, and defendants COUNTY OF SOLANO, STANTON, MARSH, CULLISON and ARCAND, by and through their attorney of record, Kathleen J Williams, stipulate to the dismissal of defendants COUNTY OF SOLANO, STANTON, MARSH, CULLISON and ARCAND from this action, without prejudice pursuant to Fed. Rule 41(a)(1)(ii).

Dated: July 10, 2013    /s/ "Ronald Lucero" (original signature retained by counsel)
　　　　　　　　　　　　　RONALD LUCERO, in pro se

Dated: July 10, 2013　　　　　WILLIAMS & ASSOCIATES

　　　　　　　　　　　　　By: /s/ Kathleen J. Williams
　　　　　　　　　　　　　　　KATHLEEN J. WILLIAMS, CSB 127021
　　　　　　　　　　　　　　　Attorneys for defendants COUNTY OF
　　　　　　　　　　　　　　　SOLANO, STANTON, MARSH,
　　　　　　　　　　　　　　　CULLISON and ARCAND

**IT IS SO ORDERED**.

Dated: July 19, 2013.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT