**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
COUNTY OF SOLANO, STANTON,
MARSH, CULLISON and ARCAND

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD J. LUCERO,              ) <br>                                              ) <br>              Plaintiff,            ) <br>                                              ) <br> vs.                                        ) <br>                                              ) <br> GARY STANTON, et al.,        ) <br>                                              ) <br>              Defendants.        ) <br> _____) | CASE NO: 2:12-cv-00146 LKK AC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff RONALD LUCERO, in pro se, and defendants COUNTY OF SOLANO, STANTON, MARSH, CULLISON and ARCAND, by and through their attorney of record, Kathleen J Williams, stipulate to the dismissal of defendants COUNTY OF SOLANO, STANTON, MARSH, CULLISON and ARCAND from this action, without prejudice pursuant to Fed. Rule 41(a)(1)(ii).

Dated: July 10, 2013          /s/ "Ronald Lucero" (original signature retained by counsel)
                                              RONALD LUCERO, in pro se

Dated: July 10, 2013                    WILLIAMS & ASSOCIATES

                                              By: /s/ Kathleen J. Williams
                                                    KATHLEEN J. WILLIAMS, CSB 127021
                                                    Attorneys for defendants COUNTY OF
                                                    SOLANO, STANTON, MARSH,
                                                    CULLISON and ARCAND

**IT IS SO ORDERED**.

Dated: July 19, 2013.

                                              _____
                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT